Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Winston Irving Hecker | ) Chapter 13 <br> ) <br> ) Case No.: 6:11-bk-11456-MH <br> ) |
| Claudette Hecker | ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** <br> ) <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **500403** in the sum of **$1,344.03** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Winston Irving Hecker
    Claudette Hecker
    6291 Thunder Mountain Avenue
    Rancho Cucamonga, CA 91739


Date: September 19, 2016           __/S/_____
                                          Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1111456 | Winston Irving & Claudette Hecker ACCT: | Claim: 00000 | XXX-XX-2711 XXX-XX-0537 | 1,344.03 | 0.00 | 1,344.03 |
| | | TOTALS | | 1,344.03 | 0.00 | 1,344.03 |

Winston Irving Hecker
Claudette Hecker
BALANCE:            [0.00  104/00000]
SSN: XXX-XX-2711    SSN: XXX-XX-0537
ACCT:               CASE: 1111456
PRINCIPAL:    1,344.03    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
ORANGE CITY SQUARE
770 THE CITY DRIVE SOUTH, STE. 8500
ORANGE, CA  92868

SUNTRUST
800-786-8787

64-79 / 611

**0500403**

Sep 16, 2016

VOID 90 DAYS FROM DATE

*****$1,344.03

PAY    One Thousand Three Hundred Forty Four And 03 / 100 Dollars

TO THE ORDER OF    *US BANKRUPTCY COURT*
FISCAL DEPTARTMENT
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0500403⑈ ⑆061100790⑆ 880051844⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.